WRIGHT, FINLAY & ZAK, LLP
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, N.A., As Trustee For The Registered Holders Of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-HE2,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY and LAWYERS TITLE INSURANCE CORPORATION,<br><br>Defendants. | Case No.: 3:19-cv-00265-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS [ECF No. 20]**<br><br>**[First Request]** |

Plaintiff, HSBC Bank USA, N.A., As Trustee For The Registered Holders Of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE2 ("HSBC Bank"), and Defendant Fidelity National Title Insurance Company ("Fidelity") (collectively, the "Parties"), by and through their counsel of record, by and through their respective attorneys of records, hereby agree and stipulate as follows.

1. On November 26, 2019, Fidelity filed a Motion for Judgment on the Pleadings [ECF No. 20] ("Motion");

2. HSBC Bank's response to Fidelity's Motion is due December 10, 2019;

3. HSBC Bank's counsel is requesting an additional thirty (30) days to file its response to Fidelity's Motion, and thus requests up to January 9, 2020, to file its Opposition;

4. This extension is requested to allow Counsel for HSBC Bank additional time to review and respond to the points and authorities cited to in Fidelity's Motion.

5. Counsel for Fidelity does not oppose the extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 10th of December, 2019. | DATED this 10th of December, 2019. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Lindsay D. Robbins* <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff HSBC Bank USA, N.A., As Trustee For The Registered Holders Of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE2* | */s/ Sophia S. Lau* <br> Kevin S. Sinclair, Esq., <br> Nevada Bar No. 12277 <br> Sophia S. Lau, Esq., <br> Nevada Bar No. 13365 <br> 8716 Spanish Ridge Avenue, Suite 105 <br> Las Vegas, Nevada 89148 <br> *Attorneys for Defendant, Fidelity National Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this 10th day of December, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE