1  Kevin S. Sinclair, Esq., Nevada Bar No. 12277
    *ksinclair@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
    *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Attorneys for Defendant
7  FIDELITY NATIONAL TITLE INSURANCE COMPANY

8              **UNITED STATES DISTRICT COURT**

9                 **DISTRICT OF NEVADA**

10

11  HSBC BANK USA, N.A.,                    Case No.: 3:19-cv-00265-MMD-WGC

12                          Plaintiff,      **STIPULATION AND ORDER TO**
                                            **EXTEND TIME TO RESPOND TO**
13         vs.                              **PLAINTIFF'S OPPOSITION TO**
                                            **MOTION FOR JUDGMENT ON THE**
14  FIDELITY NATIONAL TITLE                 **PLEADINGS**
    INSURANCE COMPANY and LAWYERS
15  TITLE INSURANCE CORPORATION,            **[First Request]**

16                          Defendants.

17

18

19         Plaintiff HSBC Bank USA, N.A., As Trustee For The Registered Holders Of Nomura

20  Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE2 ("HSBC Bank"), and

21  Defendant Fidelity National Title Insurance Company ("Fidelity") (collectively, the "Parties"), by

22  and through their counsel of record, by and through their respective attorneys of records, hereby

23  agree and stipulate as follows.

24         1.     On November 26, 2019, Fidelity filed a Motion for Judgment on the Pleadings

25  [ECF No. 20];

26         2.     On December 10, 2019 the Court granted the parties' first stipulation to extend

27  HSBC Bank's deadline to respond [ECF No. 22];

28


EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

531657.1                    **STIPULATION AND ORDER**

3.     HSBC Bank filed its response in opposition to Fidelity's motion for judgment on the pleadings on January 9, 2020 [ECF No. 25];

4.     Fidelity's reply to HSBC Bank's response in opposition to Fidelity's motion for judgment on the pleadings is due January 16, 2020;

5.     Fidelity's counsel is requesting a two-week extension until Monday, January 30, 2020 to file its reply to Deutsche Bank's response in opposition to Fidelity's motion to dismiss to accommodate various scheduling conflicts for Fidelity's counsel and to afford Fidelity's counsel additional time to review and respond to HSBC Bank's points and authorities in opposition to the motion to dismiss;

6.     Counsel for Deutsche Bank does not oppose the extension;

7.     This is the first request for an extension made by counsel for Fidelity which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Fidelity's reply to HSBC Bank's response in opposition to Fidelity's motion for judgment on the pleadings shall be due on Thursday, January 30, 2020.

| DATED this 10th of January, 2020. | DATED this 10th of January, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/--Lindsay D. Robbins* <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff HSBC Bank USA,* <br> *N.A., As Trustee For The Registered Holders* <br> *Of Nomura Home Equity Loan, Inc., Asset-* <br> *Backed Certificates, Series 2006-HE2* | */s/--Kevin S. Sinclair* <br> Kevin S. Sinclair, Esq., <br> Nevada Bar No. 12277 <br> Sophia S. Lau, Esq., <br> Nevada Bar No. 13365 <br> 8716 Spanish Ridge Avenue, Suite 105 <br> Las Vegas, Nevada 89148 <br> *Attorneys for Defendant, Fidelity National* <br> *Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this 10th day of January, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND ORDER**



EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW