| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474 |
| 3 | 7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117 |
| 4 | (702) 475-7964; Fax: (702) 946-1345 |
| 5 | lrobbins@wrightlegal.net<br>*Attorney for Plaintiff, HSBC Bank USA, N.A., As Trustee For The Registered Holders Of* |
| 6 | *Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE2* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-HE2,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY and LAWYERS TITLE INSURANCE CORPORATION,<br><br>Defendants. | Case No.: 3:19-cv-00265-MMD-WGC<br><br>**ORDER GRANTING**<br>**NOTICE OF DISASSOCIATION**<br>**AND WITHDRAWAL OF COUNSEL** |

Plaintiff, HSBC Bank USA, N.A., As Trustee For The Registered Holders Of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE2 (hereinafter referred to as "HSBC Bank"), by and through its attorney of record of the law firm of Wright, Finlay & Zak, LLP, hereby gives notice that Matthew S. Carter, Esq. is no longer an attorney associated with

///

///

///

///

Wright, Finlay & Zak, LLP. Wright Finlay & Zak, LLP will continue to represent HSBC Bank and requests that Lindsay D. Robbins, Esq. receive all future notices.

DATED this 29th day of January, 2020.

    WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins, Esq.*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, HSBC Bank USA, N.A., As Trustee For The Registered Holders Of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE2*

## ORDER

**IT IS SO ORDERED.**

DATED: January 30, 2020.

_____
UNITED STATES MAGISTRATE JUDGE