Kevin S. Sinclair, Esq., Nevada Bar No. 12277
  *ksinclair@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A.,<br><br>　　　　　Plaintiff,<br>vs.<br>FIDELITY NATIONAL TITLE INSURANCE COMPANY and LAWYERS TITLE INSURANCE CORPORATION,<br><br>　　　　　Defendants. | Case No.: 3:19-cv-00265-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br><br>**(First Request)** |

　　　　Plaintiff HSBC Bank USA, National Association, as Trustee for the Registered Holders of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE2 ("HSBC") and defendant Fidelity National Title Insurance Company ("Fidelity") (collectively, the "Parties" and individually, a "Party"), by and through their counsel of record, hereby submit their Stipulation to Extend Discovery Deadlines by approximately ninety (90) days in accordance with Local Rule 26-4 and Local Rule IA 6-1.

　　　　In accordance with Local Rule 26-4, this Stipulation has been brought in good faith, is the first request for an extension of time to the discovery deadlines and is not intended to cause delay.

　　　　**(a) A statement specifying the discovery completed:**

　　　　The Parties conducted the Fed. R. Civ. P. 26(f) conference on July 19, 2019. Thereafter, the Parties promptly submitted their proposed Joint Discovery Plan and Scheduling Order on July



536077.1

1
**STIPULATION AND ORDER TO EXTEND DEADLINES**

26, 2019 [ECF No. 14]. On September 17, 2019, the Court entered the Discovery Plan and Scheduling Order [ECF No. 15] with the following deadlines:

- Initial disclosures: August 30, 2019;
- Amend pleadings/add parties: December 3, 2019;
- Initial experts: January 2, 2020;
- Interim status report: January 2, 2020;
- Rebuttal experts: February 3, 2020;
- Discovery cutoff: March 2, 2020;
- Dispositive motions: April 1, 2020; and
- Joint proposed pretrial order: May 1, 2020, or 30 days after resolution of dispositive motions.

Thereabouts and thereafter, the Parties completed the following discovery:

- The Parties' Initial Disclosures, August 30, 2019;
- HSBC's First Set of Interrogatories to Fidelity, August 6, 2019;
- HSBC's First Set of Requests for Admissions to Fidelity, August 6, 2019;
- HSBC's First Set of Requests for Production to Fidelity, August 6, 2019;
- Fidelity's Responses to HSBC's First Set of Interrogatories to Fidelity, September 5, 2019;
- Fidelity's Responses to HSBC's First Set of Requests for Admissions to Fidelity, September 5, 2019;
- Fidelity's Responses to HSBC's First Set of Requests for Production to Fidelity, September 5, 2019;
- Fidelity's First Set of Requests for Production to HSBC, September 9, 2019;
- Fidelity's First Set of Interrogatories to HSBC, September 9, 2019;

- Fidelity's Notice of Intent to Serve Subpoena Duces Tecum, September 26, 2019;
- HSBC's First Supplemental Disclosures of Witnesses and Documents, November 13, 2019;
- HSBC's Responses to Fidelity's First Set of Requests for Production to HSBC, November 15, 2019;
- HSBC's Responses to Fidelity's First Set of Interrogatories to HSBC, November 15, 2019;
- The Parties' Initial Expert Witness Disclosures, January 2, 2020; and
- The Parties' Rebuttal Expert Witness Disclosures, February 3, 2020.

**(b) A specific description of the discovery that remains to be completed:**

The Parties need to conduct the following discovery:

- Additional subpoenas to non-parties;
- Deposition of Fidelity's Rule 30(b)(6) designee;
- Deposition of HSBC's Rule 30(b)(6) designee;
- Deposition of Fidelity's expert witness;
- Deposition of HSBC's expert witness;
- Deposition of various fact witnesses; and
- Such other discovery that may be deemed necessary or appropriate.

**(c) The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan:**

The Parties have been diligently proceeding with discovery, and have nearly completed it but more time is needed to schedule the necessary depositions of the Parties, experts and of third parties. Due to the schedules of the various witnesses, the Parties' counsel, and the Parties' representatives, many of which reside out-of-state, and other circumstances which are outside the Parties' control, the Parties will not be able to schedule the depositions to all be completed prior

3
STIPULATION AND ORDER TO EXTEND DEADLINES

to the current discovery cutoff of March 2, 2020. Additionally, the Parties recently entered into a protective order prior to the production of certain documents, which was granted by the Court on February 6, 2020 [ECF No. 32]. The production of the confidential documents under protective order is necessary before the Parties can conduct certain depositions. An extension to the discovery deadlines would provide the Parties with sufficient opportunity to compile and disclose these voluminous documents prior to depositions.

**(d) A proposed schedule for completing all remaining discovery:**

The Parties request that the current Discovery Plan and Scheduling Order [ECF No. 14] be amended as follows:

1. Last Day to Complete Discovery: currently March 2, 2020; **desired June 1, 2020**
2. Last Day to File Dispositive Motions: currently April 1, 2020; **desired July 1, 2020**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3. Last Day to File Joint Pre-Trial Order: currently May 1, 2020; **desired July 31, 2020**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after a decision of the dispositive motions. The disclosures required by FRCP 26(a)(3), and any objections thereto, shall be included in the pretrial order.

**IT IS SO STIPULATED.**

DATED this 6th day of February, 2020.    DATED this 6th day of February, 2020.

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Lindsay D. Robbins*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2*

**EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP**

*/s/ Sophia S. Lau*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
Sophia S. Lau, Esq.
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorneys for Defendant, Fidelity National Title Insurance Company*

**IT IS SO ORDERED.**

DATED February 10, 2020.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE



536077.1