AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

HSBS BANK USA, N.A.,
as Trustee for the Registered Holders
of Nomura Home Equity Loan, Inc., Asset-
Backed Certificates, Series 2006-HE2,

        Plaintiff,

v.

FIDELITY NATIONAL TITLE
INSURANCE COMPANY, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  3:19-cv-00265-MMD-WGC

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant Fidelity National Title Insurance Company's motion for judgment on the pleadings (ECF No. 20) is granted, and judgment is hereby entered accordingly.



Date: February 24, 2020

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk