WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, N.A., As Trustee For The Registered Holders Of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-HE2,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:19-CV-00265-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 50]**<br><br>**[Second Request]** |

Plaintiff, HSBC Bank USA, N.A., As Trustee For The Registered Holders Of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE2 ("HSBC") and Defendant Fidelity National Title Insurance Company ("Fidelity"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On January 18, 2022, HSBC filed its First Amended Complaint [ECF No. 47];
2. On January 28, 2022, Fidelity filed a Motion to Dismiss [ECF No. 50];
3. HSBC's deadline to respond to Fidelity's Motion to Dismiss is currently February 18, 2022 [ECF No. 52];
4. HSBC's counsel is requesting a brief extension until February 22, 2022, to file its response to the pending Motion due to unforeseen technical difficulties;

5. Counsel for Fidelity does not oppose the requested extension;

6. This is the second request for an extension which is made in good faith and not for purposes of delay.

7. Additionally, the parties agree that Fidelity will not need to file an answer to the First Amended Complaint [ECF No. 47] until fourteen (14) days after the Court enters an Order ruling on the Motion to Dismiss, if an answer is necessary;

**IT IS SO STIPULATED.**

DATED this 18th day of February, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, HSBC Bank USA, N.A., As Trustee For The Registered Holders Of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE2*

DATED this 18th day of February, 2022.

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

*/s/ Sophia S. Lau*
Sophia S. Lau, Esq.
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorney for Defendant, Fidelity National Title Insurance Company*

**IT IS SO ORDERED.**

Dated this  18th  day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE