# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., as trustee for the registered Holders of Nomura Home Equity Loan, Inc, Asset Asset-Backed Certificates, Series 2006-HE2,<br><br>                Plaintiff,<br><br>  v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>                Defendant. | 3:19-cv-00265-MMD-CSD<br><br>**ORDER** |

      Pursuant to the court's telephonic status conference scheduled on **Monday, October 31, 2022, at 10:30 a.m.** (ECF No. 63), the parties shall meet and confer and file a proposed Discovery Plan and Scheduling Order on or before close of business on **Thursday, October 27, 2022**.

      **IT IS SO ORDERED.**

      DATED: October 11, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1