WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, N.A., As Trustee For The Registered Holders Of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-HE2,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:19-CV-00265-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 73]**<br><br>**[First Request]** |

Plaintiff, HSBC Bank USA, N.A., As Trustee For The Registered Holders Of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE2 ("HSBC") and Defendant Fidelity National Title Insurance Company ("Fidelity"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On October 21, 2022, HSBC filed its Second Amended Complaint [ECF No. 69];
2. On November 1, 2022, Fidelity filed a Motion to Dismiss the Second Amended Complaint [ECF No. 73];
3. HSBC's deadline to respond to Fidelity's Motion to Dismiss is currently November 15, 2022;

4. HSBC's counsel is requesting a brief, one-week extension until November 22, 2022, to file its response to the pending Motion due to unforeseen technical difficulties;

5. Counsel for Fidelity does not oppose the requested extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 15th day of November, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, HSBC Bank USA, N.A., As Trustee For The Registered Holders Of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE2*

DATED this 15th day of November, 2022.

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

*/s/ Scott E. Gizer*
Scott E. Gizer Esq.
Nevada Bar No. 12216
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorney for Defendant, Fidelity National Title Insurance Company*

**IT IS SO ORDERED.**

Dated this  15th  day of November, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE