| | |
|---|---|
| 1 | Scott E. Gizer, Nevada Bar No. 12216 |
| | *sgizer@earlysullivan.com* |
| 2 | Sophia S. Lau, Esq., Nevada Bar No. 13365 |
| | *slau@earlysullivan.com* |
| 3 | EARLY SULLIVAN WRIGHT |
| | GIZER & McRAE LLP |
| 4 | 8716 Spanish Ridge Avenue, Suite 105 |
| | Las Vegas, NV 89148 |
| 5 | Telephone: (702) 331-7593 |
| | Facsimile: (702) 331-1652 |

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
Michael A. Pintar, Nevada Bar No. 3789
 *michael.pintar@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-HE2, <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE INSURANCE COMPANY, <br><br> Defendants. | Case No.: 3:19-CV-00265-MMD-CSD <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES FOR OPPOSITION TO DEFENDANT FIDELITY'S MOTION TO DISMISS AND REPLY TO OPPOSITION** <br><br> **(First Request)** |

Defendant Fidelity National Title Insurance Company ("Fidelity" or "Defendant"), by and through its attorneys of record at the law firm of Early Sullivan Wright Gizer & McRae LLP and McCormick, Barstow, Sheppard, Wayte & Carruth LLP and Plaintiff  HSBC Bank USA, N.A., as



1
**STIPULATION AND ORDER TO EXTEND DEADLINES FOR OPPOSITION TO DEFENDANT FIDELITY'S MOTION TO DISMISS AND REPLY TO OPPOSITION**
703116.1

Trustee for the Registered Holders of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE2 ("Plaintiff" or "HSBC"), acting by and through the undersigned counsel, Wright, Finlay & Zak, LLP (collectively, the "Parties"), hereby stipulate and agree as follows:

1. Plaintiff's deadline to oppose to Defendant's Motion to Dismiss the Second Amended Complaint was November 14, 2022.

2. The Parties agree to extend the deadline for Plaintiff's Opposition to Tuesday, November 22, 2022 in light of a server crash at Plaintiff's offices.

3. The Parties agree to extend the deadline for Defendant's Reply to Plaintiff's Opposition to Tuesday, December 6, 2022.

**IT IS SO STIPULATED.**

| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
|---|---|
| By: */s/- Darren T. Brenner*<br>DARREN T. BRENNER<br>Nevada Bar No. 8386<br><br>Attorneys for Plaintiff<br>HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-HE2 | By: */s/- Scott E. Gizer*<br>SCOTT E. GIZER<br>Nevada Bar No. 12216<br>SOPHIA S. LAU<br>Nevada Bar No. 13365<br><br>Attorneys for Defendant<br>FIDELITY NATIONAL TITLE INSURANCE COMPANY |

**IT IS SO ORDERED.**

Dated this  30th  day of  November , 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND ORDER TO EXTEND DEADLINES FOR OPPOSITION TO DEFENDANT FIDELITY'S MOTION TO DISMISS AND REPLY TO OPPOSITION**

703116.1



# CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2022, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINES FOR OPPOSITION TO DEFENDANT FIDELITY'S MOTION TO DISMISS AND REPLY TO OPPOSITION** with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

                                          */s/ Robie Ann Atienza-Jones*
                                           ROBIE ANN ATIENZA-JONES
                                           An Employee of EARLY SULLIVAN
                                           WRIGHT GIZER & McRAE LLP

