Scott E. Gizer, Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
Michael A. Pintar, Nevada Bar No. 3789
 *michael.pintar@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-HE2,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 3:19-CV-00265-MMD-CSD<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR FIDELITY NATIONAL TITLE INSURANCE COMPANY TO RESPOND TO HSBC BANK'S MOTION TO ENFORCE SETTLEMENT AND MOTION FOR FEES [ECF NOS. 100 AND 102]**<br><br>**(First Request)** |

Defendant Fidelity National Title Insurance Company ("Fidelity"), by and through its

undersigned counsel of record, Early Sullivan Wright Gizer & McRae LLP, and Plaintiff HSBC

Bank USA, N.A., as Trustee for the Registered Holders of Nomura Home Equity Loan, Inc., Asset-

Backed Certificates, Series 2006-HE2 ("HSBC"), by and through its undersigned counsel of record, Wright, Finlay & Zak, LLP, (collectively, the "Parties"), hereby stipulate and agree as follows:

1. On October 10, 2023, HSBC filed a Motion to Enforce Settlement and Motion for Fees [ECF Nos. 100 and 102] ("Motion to Enforce Settlement" and "Motion for Fees").

2. The current deadline for Fidelity to file its responses to the Motion to Enforce and Motion for Fees is October 24, 2023 ("Response").

3. Fidelity requests a 3-week extension of its deadline to file its responses to HSBC's Motion to Enforce and Motion for Fees, so that the new deadline is November 14, 2023. Fidelity requests additional time to review, confer and respond to the arguments in HSBC's Motion to Enforce and Motion for Fees.

4. Counsel for HSBC does not oppose the requested extensions.

5. This is Fidelity's first request for the extensions which Fidelity represents is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

Dated this 24th day of October, 2023.

WRIGHT, FINLAY & ZAK, LLP

By: _/s/- Lindsay D. Dragon_____
LINDSAY D. DRAGON
Nevada Bar No. 13474
Attorneys for Plaintiff
HSBC BANK USA, N.A., AS TRUSTEE
FOR THE REGISTERED HOLDERS OF
NOMURA HOME EQUITY LOAN,
INC., ASSET-BACKED
CERTIFICATES, SERIES 2006-HE2

Dated this 24th day of October, 2023.

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By: _/s/- Sophia S. Lau_____
SOPHIA S. LAU
Nevada Bar No. 13365
Attorneys for Defendant
FIDELITY NATIONAL TITLE
INSURANCE COMPANY

**IT IS SO ORDERED.**

Dated this __25th_____ day of October , 2023.

_____
UNITED STATES DISTRICT COURT JUDGE



## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2023, I electronically filed the foregoing **STIPULATION AND ORDER EXTENDING TIME FOR FIDELITY NATIONAL TITLE INSURANCE COMPANY TO RESPOND TO HSBC BANK'S MOTION TO ENFORCE SETTLEMENT AND MOTION FOR FEES [ECF NOS. 100 AND 102]** with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

_/s/ Robie Ann Atienza-Jones_
ROBIE ANN ATIENZA-JONES
An Employee of EARLY SULLIVAN
WRIGHT GIZER & McRAE LLP


EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW