WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, N.A., As Trustee for The Registered Holders Of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-HE2, <br><br> Plaintiff, <br> vs. <br><br> FIDELITY NATIONAL TITLE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 3:19-cv-00265-MMD-CSD <br><br> **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff, HSBC Bank USA, N.A., As Trustee for The Registered Holders Of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE2 and Defendant, Fidelity National Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 5th day of December, 2023.　　　DATED this 5th day of December, 2023.

WRIGHT, FINLAY & ZAK, LLP　　　　　　　EARLY SULLIVAN WRIGHT
　　　　　　　　　　　　　　　　　　　　　　　GIZER & McRAE LLP

*/s/ Lindsay D. Dragon*　　　　　　　　　　*/s/ Sophia S. Lau*
Lindsay D. Dragon, Esq.　　　　　　　　　Sophia S. Lau, Esq.
Nevada Bar No. 13474　　　　　　　　　　Nevada Bar No. 13365
7785 W. Sahara Ave., Suite 200　　　　　　8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89117　　　　　　　　　　Las Vegas, Nevada 89148
*Attorney for Plaintiff, HSBC Bank USA,*　　*Attorneys for Defendant, Fidelity National*
*N.A., As Trustee for The Registered Holders*　*Title Insurance Company*
*Of Nomura Home Equity Loan, Inc., Asset-*
*Backed Certificates, Series 2006-HE2*

**IT IS SO ORDERED.**

DATED: December 5, 2023　　　　　　　_____